UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANN MARIE ROBERTS,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

Case No. 09-12593
Honorable Patrick J. Duggan

## JUDGMENT

This matter is before the Court on motions for summary judgment from both parties. For the reasons set forth in an opinion issued this date,

**IT IS ORDERED, ADJUDGED, AND DECREED** the Defendant's motion for summary judgment is granted and Plaintiff's complaint is **DISMISSED WITH PREJUDICE**.

s/PATRICK J. DUGGAN
UNITED STATES DISTRICT JUDGE

Dated: July 19, 2010

copies to:
Kara L. Rosso, Esq.
William L. Woodard, AUSA